*efiled 10/24/06

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5053
7      Facsimile:  (408) 535-5066

8
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,       )   CR-06- 00260- JF
                                   )
14         Plaintiff,               )   STIPULATION TO CONTINUE
                                   )   SENTENCING DATE AND [PROPOSED]
15    v.                            )   ORDER
                                   )
16 ADRIAN EDWARD PUGA,             )
                                   )
17         Defendant.               )
                                   )
18

19     It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S.

20 Attorney Thomas M. O'Connell, and counsel for the Defendant ADRIAN EDWARD PUGA,

21 Curtis Rodriguez, that the date set for Sentencing be continued from October 25, 2006 at 9:00

22 a.m. to a date and time convenient to the court but no sooner than 60 days from today.   This

23 continuance is necessary to afford counsel sufficient time in which to arrange a date and time

24 when all necessary parties are available to meet for the purpose of debriefing the defendant,

25 pursuant to his plea agreement.

26 //

27 //

28 //

Dated this _21st day of October, 2006.

/S/
_____
THOMAS M. O'CONNELL
Assistant U.S. Attorney

Dated this _21st day of October, 2006.

/S/
_____
CURTIS RODRIGUEZ
Attorney for Defendant
ADRIAN EDWARD PUGA

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for Sentencing be continued from October 25, 2006 at 9:00 a.m. to December 20, 2006 at 9:00 a.m.

Dated this __24__ day of, October 2006.

_____
JEREMY FOGEL
United States District Judge

2