**E-filed 1/29/07**

KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5053
   Facsimile:  (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-06- 00260- JF |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING DATE AND [P~~ROPOSE~~D] ORDER |
| v. | ) | |
| ADRIAN EDWARD PUGA, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Thomas M. O'Connell, and counsel for the Defendant ADRIAN EDWARD PUGA, Curtis Rodriguez, that the date set for Sentencing be continued from January 31, 2007 at 9:00 a.m. to a date and time convenient to the court but no sooner than 60 days from today.  This continuance is necessary to afford counsel sufficient time in which to arrange a date and time when all necessary parties are available to meet for the purpose of additional debriefing of the defendant, pursuant to his plea agreement.

//

//

//

Dated this _27th___day of January, 2007.

/S/
_____
THOMAS M. O'CONNELL
Assistant U.S. Attorney

Dated this _27th__ day of January, 2007.

/S/
_____
CURTIS RODRIGUEZ
Attorney for Defendant
ADRIAN EDWARD PUGA

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for Sentencing be continued from January 31, 2007 at 9:00 a.m. to

Dated this 29th day of, January, 2007.

_____
JEREMY FOGEL
United States District Judge

2